In the Matter of No. 17 BEEKMAN PLACE, Respondent, against EDWARD J. FLYNN, as Secretary of the State of New York, Appellant.

Argued May 17, 1937; decided May 25, 1937.

*John J. Bennett, Jr., Attorney-General (F. R. Chant* and *Henry Epstein* of counsel), for appellant.

*Albert Stickney* and *Charles B. McGroddy* for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.